[No. 30929-7-II. Division Two. June 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON CHRISTOPHER CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-01032-2, M. Karlynn Haberly, J., entered September 29, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Armstrong, J., and Seinfeld, J. Pro Tem.

[No. 31188-7-II. Division Two. June 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADYN K. HILTS, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 03-8-00075-6, Joel M. Penoyar, J., entered November 26, 2003. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Van Deren, J.

[No. 21864-3-III. Division Three. June 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. VY THANG, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-00278-7, Gregory D. Sypolt, J., entered March 5, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.